# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Alexandrea N. Castaneda**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:24-cv-00099-MOC-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Stephanie Renee Castaneda | ) | |
| Pack Memorial Librarians | ) | |
| Carlos R. Castaneda | ) | |
| Pack Memorial Librarians**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 9, 2024 Order.

July 9, 2024

_____

Katherine Hord Simon, Clerk
United States District Court